Philip R. Higdon (Bar No. 003499)
Christine Alison Hammerle (Bar No. 024699)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8468
Facsimile: (602) 648-7168
PHigdon@perkinscoie.com
CHammerle@perkinscoie.com

David W. Marston Jr. (admitted *pro hac vice*)
Dana E. Becker (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
dmarston@morganlewis.com
dana.becker@morganlewis.com

**Attorneys for Defendant Pearson Education, Inc.**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tom Bean,<br><br>          Plaintiff,<br><br>     v.<br><br>Pearson Education, Inc.,<br><br>          Defendant. | No. CV 13-08186 DGC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Tom Bean and Defendant Pearson Education, Inc., by and through their respective counsel, provide notice that the parties have reached a settlement in principle and are in the process of executing a confidential settlement agreement. The parties anticipate filing by September 13, 2013 a stipulation of dismissal.

| | | |
|---|---|---|
|1| | |
|2|Dated:  September 9, 2013|By: s/ Philip R. Higdon|
|3| |Philip R. Higdon|
| | |Christine Alison Hammerle|
| | |Perkins Coie LLP|
|4| |2901 N. Central Avenue, Suite 2000|
|5| |Phoenix, AZ 85012-2788|
|6| |David W. Marston Jr. (admitted *pro hac vice*)|
|7| |Dana E. Becker (admitted *pro hac vice*)|
| | |Morgan, Lewis & Bockius LLP|
|8| |1701 Market Street|
| | |Philadelphia, PA 19103|
|9| | |
|10| |*Attorneys for Defendant Pearson Education, Inc.*|

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on September 9, 2013, true and correct copies of the foregoing document were served via the ECF filing system upon all counsel of record.

s/ Philip R. Higdon
Philip R. Higdon